IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:03CV461

| | | |
|---|---|---|
| SAMUEL COLEMAN, individually and as natural guardian of SAMUEL COLEMAN, JR., ALICIA COLEMAN, individually and as natural guardian of SAMUEL COLEMAN, JR., and EUGENE WILLIAMS, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| INDEPENDENT, INCORPORATED d/b/a INDEPENDENT SPECIAL POLICE, JOHN WARREN DAGMIRE M. JETT, III, RONALD LEE CRITES, and JOHN DOE, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on its own motion. This matter is currently set for the June 6, 2005 trial term in the Charlotte Division of the Western District of North Carolina. On April 22, 2005, counsel for Defendants filed a Motion to Withdraw, which this Court granted on April 27, 2005. It has come to the Court's attention that no other attorney has made an appearance on Defendants' behalf in the above-referenced matter. Consequently, the Court finds that it is necessary to hold a status conference to ascertain whether Defendants have acquired new counsel or whether they intend to proceed *pro se*.

**IT IS THEREFORE ORDERED** that a status conference is hereby scheduled for **May 19, 2005** at **2:00 p.m.** in the Chambers of The Honorable Graham C. Mullen, Room 230, in the Charlotte Division of the Western District of North Carolina. Defendants and Counsel for

Plaintiff are required to be present at this status conference.

**IT IS FURTHER ORDERED** that this matter shall be continued to this Court's next available term in the Charlotte Division of the Western District of North Carolina.

**IT IS FURTHER ORDERED** that the Clerk shall send copies of this Order to Plaintiff's attorney, as well as to the following:

>John W. Jett, individually and as
>agent for Independent Incorporated
>d/b/a Independent Special Police
>6032 Potters Road
>Matthews, North Carolina 28104
>
>Independent Incorporated
>d/b/a Independent Special Police
>c/o Hiram Purser
>P.O. Box 2769
>Matthews, North Carolina 28106

**Signed: May 10, 2005**

Graham C. Mullen
Chief United States District Judge