IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV461

| | | |
|---|---|---|
| SAMUEL COLEMAN, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| INDEPENDENT, INC., et al. | ) | |
| Defendants. | ) | |

    **THIS MATTER** is before the court upon its own motion.  The above captioned case is hereby continued from the June 6, 2005 term to the September 12, 2005 mixed term of court.

    **IT IS SO ORDERED.**

**Signed: May 25, 2005**

Graham C. Mullen
Chief United States District Judge