UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:03CV461**

| | |
|---|---|
| SAMUEL COLEMAN, individually and as natural guardian of Samuel Coleman, Jr., *et al*, )<br>Plaintiff, )<br>v. )<br>)<br>INDEPENDENT, INC., )<br>*et al*, )<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **January 9, 2007 term of court at 10:00 a.m.** in Charlotte.

So ordered.

Signed: December 19, 2006

Graham C. Mullen
United States District Judge