IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03cv461-MU

| | |
|---|---|
| SAMUEL COLEMAN, individually and as natural guardian of Samuel Coleman, Jr., ALICIA COLEMAN, individually and as natural guardian of Samuel Coleman, Jr., and EUGENE WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>INDEPENDENT, INCORPORATED, d/b/a INDEPENDENT SPECIAL POLICE, and JOHN WARREN JETT, III, RONALD LEE CRITES, and JOHN DOE, in their individual and official capacities,<br><br>Defendants. | ORDER |

This matter is before the court upon Plaintiffs' Voluntary Dismissal of Defendants John Warren Jet, III, Ronald Lee Crites, and John Doe. Since Plaintiffs' dismissal does not comply with Rule 41 of the Federal Rules of Civil Procedure, the court will treat the notice of dismissal as a motion to dismiss with prejudice and hereby GRANTS the same.

IT IS SO ORDERED.

Signed: January 17, 2007

Graham C. Mullen
United States District Judge