IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03cv461-MU

SAMUEL COLEMAN, individually and )
as natural guardian of Samuel Coleman, Jr., )
ALICIA COLEMAN, individually and )
as natural guardian of Samuel Coleman, Jr., )
and EUGENE WILLIAMS, )
)
    Plaintiffs, )
) JUDGMENT
vs. )
)
INDEPENDENT, INCORPORATED, )
d/b/a INDEPENDENT SPECIAL POLICE, )
)
    Defendant. )
_____)

    THIS MATTER is before the Court upon a jury trial held on January 9, 2007. Based upon the jury's verdict, judgment in this case is hereby entered as follows:

The plaintiff Samuel Coleman is awarded compensatory damages in the amount of $175,000 and punitive damages in the amount of $700,000.

The plaintiff Alicia Coleman is awarded compensatory damages in the amount of $50,000 and punitive damages in the amount of $200,000.

The plaintiff Samuel Coleman, Jr. is awarded compensatory damages in the amount of $50,000 and punitive damages in the amount of $200,000.

The plaintiff Eugene Williams is awarded compensatory damages in the amount of $50,000 and punitive damages in the amount of $200,000.

IT IS SO ORDERED.

Signed: March 27, 2007

Graham C. Mullen
United States District Judge